# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                 CASE NO. 3:05CR2 LAC

KEVIN D. SIMS

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   AUGUST 13, 2008
Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582©)(2)
Filed by DEFENDANT PRO SE    on 8/11/08    Doc.# 89

RESPONSES:
GOVERNMENT    on 8/20/08    Doc.# 90
   on    Doc.#

____ Stipulated      ____ Joint Pldg.
____ Unopposed      ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*
LC (1 OR 2)                      Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 30th day of September, 2008, that:*

*(a) The relief requested is **DENIED**.*

*(b) As a career criminal, defendant's guideline range remains unchanged. However, a life sentence was and would be today the mandatory sentence. Defendant was sentenced to 240 months, well below the guideline range and the mandatory life sentence, as a result of a 5K1.1 motion filed by the Government. Based upon the facts and circumstances of this case 240 months is still the appropriate sentence.*

                                                               *s/L.A. Collier*
                                                                ***LACEY A. COLLIER***
                                                    ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.